IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD | : | CIVIL ACTION |
| OF ELECTRICAL WORKERS | : | NO.  10-2806 |
| LOCAL UNION NO. 98 | : | |
| HEALTH & WELFARE FUND, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES COPELAND ELECTRICAL | : | |
| CONTRACTOR, et al. | : | |

## **ORDER**

AND NOW, this 22nd day of December, 2011, in consideration of plaintiffs' motion for summary judgment, defendants' motion for summary judgment, and the parties responses thereto, it is hereby ORDERED that

1)   Plaintiffs' motion for summary judgment with respect to James Copeland Electrical Contractor's liability to International Brotherhood of Electrical Workers Local Union No. 98 Health & Welfare Fund, International Brotherhood of Electrical Workers Local Union No. 98 Pension Plan, Local Union No. 98 Vacation Plan, Local Labor Management Cooperation Committee, National Electrical Industry Fund and Local Union 98 of the International Brotherhood of Electrical Workers is GRANTED;

2)   Plaintiffs' motion for summary judgment is DENIED in all other respects;

3)   Defendants' motion for summary judgment is DENIED;

4)   A non-jury trial is scheduled for Monday, January 23, 2012 at 10:00 a.m. in Courtroom 4-A, United States Courthouse, Philadelphia, PA; and

5)   The parties should file pre-trial memoranda and any motions in limine by

Monday, January 9, 2012.

If the parties believe a settlement conference would be productive they should contact my chambers (215-597-2750) promptly.

                                                                    *s/Thomas N. O'Neill, Jr.*
                                                                      THOMAS N. O'NEILL, JR., J.